IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02015-MSK-MJW

ZENECO, INC.,

Plaintiff(s),

v.

ZAVANNA, LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Roda Drilling, LP's Motion to Intervene and Certificate of Compliance with D.C.COLO.LCivR 7.1 A (docket no. 4) is GRANTED pursuant to Fed. R. Civ. P. 24 (a)(2) and (b). This court finds that Roda Drilling, LP has met the requirements of Rule 24(a)(2) and (b) and further finds that no party has objected to the subject motion. Roda Drilling, LP is permitted to intervene in this case.

Date: November 3, 2009