IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02015-MSK-MJW

ZENECO, INC.,

    Plaintiff,

RODA DRILLING, LP.

    Intervenor-Plaintiff,

vs.

ZAVANNA, LLC,

    Defendant.

---

## ORDER GRANTING JOINT MOTION FOR STAY
( Docket No 41 )

---

This matter comes before the Court on the parties Joint Motion for Stay, and the Court having considered said motion hereby orders at follows:

1. The Joint Motion for Stay is granted.

2. The parties are directed to file pleadings requesting the dismissal with prejudice of this action within five days after the closing of their settlement.

3. The matter is stayed until and including the filing of pleadings seeking a dismissal with prejudice of this action. The Status Conference set on July 20, 2010 at 9:00 a.m, is vacated.

Granted this 8th day of July, 2010.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

979682.1